7591268

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 07, 2016

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,742,003* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *December 22, 1992*
2nd RENEWAL FOR A TERM OF *10* YEARS FROM *December 22, 2012*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

R. BLAKENEY
Certifying Officer

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**    Reg. No. 1,742,003
                                                                                        Registered Dec. 22, 1992

## SERVICE MARK
### PRINCIPAL REGISTER



NATIONAL URBAN LEAGUE, INC. (NEW YORK CORPORATION)
500 EAST 62ND STREET
NEW YORK, NY 10021

FOR: COMMUNITY SERVICES DESIGNED TO SECURE EQUAL OPPORTUNITIES FOR NEGROES AND OTHER MINORITIES IN ALL AREAS OF AMERICAN LIFE WITH SPECIAL EMPHASIS ON HOUSING, HEALTH AND WELFARE, EDUCATION AND EMPLOYMENT, IN CLASS 42 (U.S. CL. 100).

FIRST USE 1-8-1968; IN COMMERCE 1-8-1968.

SER. NO. 74-272,987, FILED 5-7-1992.

ELEANOR MELTZER, EXAMINING ATTORNEY