AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2016 DEC -5 PM 12: 29

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

National Urban League, Inc. )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
Equality Florida, Inc., Equality Florida Institute, Inc., ) 8:16-CV-3332-T-33MAP
and Equality Florida Action, Inc. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EQUALITY FLORIDA ACTION, INC.
2459 37th Avenue North
St. Petersburg, Florida 33713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    National Urban League, Inc.
120 Wall Street
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC - 5 2016

*Signature of Clerk or Deputy Clerk*