FILED

2016 DEC -5 AM 11: 28

MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL URBAN LEAGUE, INC.,

Plaintiff,

vs.

Civil Action No. 8:16-CV-3332-T-33MAP

EQUALITY FLORIDA, INC.,
EQUALITY FLORIDA INSTITUTE, INC., and
EQUALITY FLORIDA ACTION, INC.,

Defendants.
_______________________________________/

**PLAINTIFF NATIONAL URBAN LEAGUE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel respectfully submits that Plaintiff National Urban League, Inc. is a nonprofit corporation. It does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: December 2, 2016

Respectfully submitted,

Peter C. Harvey (*Pro hac vice* pending)
NY 1921568
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2810
Facsimile: (212) 336-2222
E-mail: pcharvey@pbwt.com

Lansing C. Scriven
FL 729353
TRENAM LAW
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602
Telephone: (813) 227-7430
Facsimile: (813) 227-0430

*Attorneys for Plaintiff National Urban League, Inc.*