IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, INC., : | |
| Plaintiff, : | |
| v. | Case No. 8:16-cv-03332-VMC-MAP |
| : | |
| EQUALITY FLORIDA, INC., | |
| EQUALITY FLORIDA INSTITUTE, INC., and | |
| EQUALITY FLORIDA ACTION, INC., | |
| : | |
| Defendants. | |
| : | |

## MOTION TO APPEAR *PRO HAC VICE*
## AND NOTICE OF DESIGNATION AND CONSENT TO ACT

In accordance with Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida, I, **Peter C. Harvey**, of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036, counsel for Plaintiff, National Urban League, Inc., hereby move to appear *pro hac vice* in this cause and further state as follows:

1. I am a non-resident attorney practicing in the State of New York.

2. I am a member in good standing of the United States District Court for the Southern District of New York.

3. I do not maintain a regular practice in the State of Florida.

4. I hereby designate the following attorney upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney:

LANSING C. SCRIVEN, ESQ.
Florida Bar No. 729353
lscriven@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEIL & MULLIS, P.A.

101 East Kennedy Blvd., Suite 2700
Tampa, FL  33602
Phone: 813-223-7430 / Fax: 813-229-0430

Mr. Scriven is a member in good standing of the bar of this Court and is a resident of the State of Florida.

5.      In conjunction with the filing of this Motion, the undersigned has filed a Special Admission Attorney Certification Form and paid the required $150.00 special admission fee.  A copy of the Clerk's receipt is attached hereto as Exhibit A.

_____
Peter C. Harvey
NY 1921568
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2810
Facsimile:   (212) 336-2222
E-mail:  pcharvey@pbwt.com

*Attorneys for Plaintiff*
*National Urban League, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **MOTION TO APPEAR *PRO HAC VICE* AND NOTICE OF DESIGNATION AND CONSENT TO ACT** has been electronically filed with the Clerk of the Court using the CM/ECF system on this  16  day of December, 2016.

                                                                              /s/ Lansing C. Scriven
                                                                                    Attorney