**Patti B. Sutherland**

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Friday, December 16, 2016 11:33 AM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 8:16-cv-03332-VMC-MAP National Urban League, Inc. v. Equality Florida, Inc. et al Pro Hac Vice Fees paid |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 12/16/2016 at 11:32 AM EST and filed on 12/15/2016
**Case Name:** National Urban League, Inc. v. Equality Florida, Inc. et al
**Case Number:** 8:16-cv-03332-VMC-MAP
**Filer:** National Urban League, Inc.
**Document Number:** No document attached

**Docket Text:**
***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Peter C. Harvey, appearing on behalf of National Urban League, Inc. (Filing fee $150 receipt number TPA040733). (AG)**

**8:16-cv-03332-VMC-MAP Notice has been electronically mailed to:**

Lansing C. Scriven     lscriven@trenam.com, psutherland@trenam.com

**8:16-cv-03332-VMC-MAP Notice has been delivered by other means to:**

Peter C. Harvey
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

# Exhibit A