UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL URBAN LEAGUE, INC.,

    Plaintiff,

v.                                        CASE NO.: 8:16-CV-3332-T-33MAP

EQUALITY FLORIDA, INC., et al.,

    Defendants.
_____/

**ORDER**

Before me is Plaintiff's motion for Peter Harvey, of the New York law firm Patterson Belknap Webb & Tyler LLP, to appear pro hac vice (doc. 10), with Lansing Scriven of the Tampa firm Trenam, Kemker, Scharf, Barkin, Frye, O'Neil & Mullis, P.A., designated as local counsel pursuant to Local Rule 2.02(a).  Upon consideration, it is hereby

ORDERED:

1. The motion for Peter Harvey to appear *pro hac vice* (doc. 10) is GRANTED;

2. The motion is GRANTED contingent upon counsel's submission of the required Special Admission Attorney Certification forms and payment of the $150.00 special admission fee; and

3. Pursuant to Local Rule 2.02(a), counsel is directed to participate in electronic filing by registering for CM/ECF and obtaining a password within five (5) days of this Order.  Counsel may obtain a password from the Court by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF.  Counsel is further directed to electronically file a notice of compliance with CM/ECF

registration within five (5) days of this Order.  Once counsel has registered for CM/ECF, he must also register his email address.

DONE AND ORDERED in Tampa, Florida on December 20, 2016.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE