UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, INC., : | |
|       Plaintiff, : | |
| v. | Case No. 8:16-cv-3332-T-33MAP |
|        : | |
| EQUALITY FLORIDA, INC., | |
| EQUALITY FLORIDA INSTITUTE, INC. : | |
| and EQUALITY FLORIDA ACTION, INC., | |
|        : | |
|       Defendants. | |
|        : | |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**IS**    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court or administrative agency as indicated below:

*National Urban League, Inc. v. Equality Florida, Inc. and Equality Florida Institute, Inc.*, United States Patent and Trademark Office, Trademark Trial and Appeal Board, Proceeding No. 92064933

Dated: December 21, 2016

                                                  */s/ Lansing C. Scriven*
                                            LANSING C. SCRIVEN
                                            Florida Bar No. 729353
                                            lscriven@trenam.com
                                            TRENAM KEMKER
                                            101 E. Kennedy Blvd., Suite 2700
                                            Tampa, FL  33602
                                            813/227-7430 / Fax 813/227-0430

                                                      -- and --

                                            PETER C. HARVEY
                                            NY 1921568
                                            pcharvey@pbwt.com
                                            PATTERSON BELKNAP WEBB &
                                             TYLER LLP
                                            1133 Avenue of the Americas
                                            New York, NY I 0036
                                            (212) 336-2810 / FAX (212) 336-2222

                                            Attorneys for Plaintiff