AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| National Urban League, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Equality Florida, Inc., Equality Florida Institute, Inc.,<br>and Equality Florida Action, Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)  8:16-CV-3332-T-33MAP<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EQUALITY FLORIDA, INC.
2459 37th Avenue North
St. Petersburg, Florida 33713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: National Urban League, Inc.
120 Wall Street
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: DEC - 5 2016

_____
Signature of Clerk or Deputy Clerk

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 816-CV-3332-T-33MAP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l).)*

This summons for *(name of individual and title, if any)*  **Equality Florida, Inc.**
was received by me on **December 13, 2016**

☐ I personally served the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand for Jjury Trial Injunctive Relief Sought on the individual at , , on 2:37 PM

☐ I left the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand for Jjury Trial Injunctive Relief Sought at the individual's residence or usual place of abode with  , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand for Jjury Trial Injunctive Relief Sought to **Nadine Smith - Registered Agent**, who is designated by law to accept service of process on behalf of **Equality Florida, Inc.** on **December 20, 2016 2:37 PM**

☐ I returned the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand for Jjury Trial Injunctive Relief Sought unexecuted because;

other *(specify)*:

My fees are $ .00 for travel and $ 744.80 for services, for a total of $ 744.80

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Michelle Howard**
*Printed name and title*

Contracted by
10005 Old Columbia Rd, Suite M-150,
Columbia, MD 21046
(800) 228-0484
*Server's Address*

A0440-P114969

AO 440 (Rev. 06/12) Summons in a Civil Action

## United States District Court
for the
Middle District of Florida

| | |
|---|---|
| National Urban League, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Equality Florida, Inc., Equality Florida Institute, Inc., and Equality Florida Action, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 8:16-CV-3332-T-33 MAP |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EQUALITY FLORIDA INSTITUTE, INC.
2459 37th Avenue North
St. Petersburg, Florida 33713


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   National Urban League, Inc.
120 Wall Street
New York, New York 10005


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: DEC - 5 2016

_____
Signature of Clerk or Deputy Clerk

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 816-CV-3332-T-33MAP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l).)*

This summons for *(name of individual and title, if any)* **Equality Florida Institute Inc.**
was received by me on **December 13, 2016**

☐ I personally served the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand for Jjury Trial Injunctive Relief Sought on the individual at ,, on 2:38 PM

☐ I left the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand for Jjury Trial Injunctive Relief Sought at the individual's residence or usual place of abode with ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand for Jjury Trial Injunctive Relief Sought to **Nadine Smith - Registered Agent**, who is designated by law to accept service of process on behalf of **Equality Florida Institute Inc.** on **December 20, 2016  2:38 PM**

☐ I returned the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand for Jjury Trial Injunctive Relief Sought unexecuted because;

other *(specify)*:

My fees are $ .00 for travel and $ 98.80 for services, for a total of $ 98.80

I declare under penalty of perjury that this information is true.

Date:

*[signature]*
Server's signature

**Michelle Howard**
Printed name and title

Contracted by
10005 Old Columbia Rd, Suite M-150,
Columbia, MD 21046
(800) 228-0484
Server's Address

A0440-P114970

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| National Urban League, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Equality Florida, Inc., Equality Florida Institute, Inc., and Equality Florida Action, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:16-CV-3332-T-33MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EQUALITY FLORIDA ACTION, INC.
2459 37th Avenue North
St. Petersburg, Florida 33713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: National Urban League, Inc.
120 Wall Street
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: DEC - 5 2016

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 816-CV-3332-T-33MAP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l).)*

This summons for *(name of individual and title, if any)*    **Equality Florida Action Inc.**
was received by me on December 13, 2016

☐ I personally served the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand forJjury Trial Injunctive Relief Sought on the individual at , , on 2:39 PM

☐ I left the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand forJjury Trial Injunctive Relief Sought at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand forJjury Trial Injunctive Relief Sought toNadine Smith - Registered Agent, who is designated by law to accept service of process on behalf of **Equality Florida Action Inc.** on December 20, 2016 2:39 PM

☐ I returned the Summons in a Civil Action, Plaintiff National Urban League, Inc's Rule 7.1 Corporate Disclosure Statement, Complaint and Demand forJjury Trial Injunctive Relief Sought unexecuted because;

other *(specify):*

My fees are $ .00 for travel and $ 98.80 for services, for a total of $ 98.80

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

Michelle Howard
*Printed name and title*

Contracted by
10005 Old Columbia Rd, Suite M-150,
Columbia, MD 21046
(800) 228-0484
*Server's Address*

A0440-P114971